IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BETH B. CHERAMIE,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00561 |
| § | |
| **MTGLQ INVESTORS, L.P., AND** § | |
| **NEWREZ, LLC, f/k/a NEW PENN** § | |
| **FINANCIAL, LLC, d/b/a SHELLPOINT** § | |
| **MORTGAGE SERVICING, ITS/THEIR** § | |
| **SUCCESSORS AND/OR ASSIGNS,** § | |
| § | |
| **Defendants.** § | |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
### PURSUANT TO FRCP 41(a)(1)(A)(ii)

**NOW COMES** Beth B. Cheramie ("Plaintiff") and MTGLQ Investors, L.P., and Newrez, LLC, f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing ("Defendants") (together with Plaintiff, the "Parties"), and hereby file this their Joint Stipulation of Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in support thereof would respectfully show unto the Court the following:

1. The parties have reached an agreement to dismiss the above-entitled civil action, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. The parties also agree that all costs of court and attorney's fees incurred shall be borne by the party incurring the same.

WHEREFORE, Plaintiff and Defendants hereby jointly request that the Court enter an Order dismissing the above civil case, with prejudice, with all attorney's fees and court costs incurred to be borne by the party incurring the same, and for such other and further relief, at law

---

or in equity, to which the parties may be justly entitled.

Respectfully submitted,

/s/ *John G. Helstowski*
**John G. Helstowski**
State Bar No. 24078653; S.D. Bar No. 2799780
jgh@jghfirm.com
**J. GANNON HELSTOWSKI LAW FIRM**
5209 Heritage Avenue, Suite 510
Colleyville, Texas 76034
(817) 382-3125 - Telephone
(817) 382-1799 - Facsimile

**ATTORNEY FOR PLAINTIFF**

**AND**

*/s/ Justin Cho (with permission)*
Justin Cho
JCho@settlepou.com
State Bar # 24101618
SETTLE POU
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
(214) 520-3300 - Telephone
(214) 526-4145 – Facsimile

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 13, 2023, I personally conferred by email with attorney Justin Cho, lead counsel for the Defendants, and he advised that he is in agreement and provided permission to affix his electronic signature to the foregoing *Joint Stipulation of Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii)*.

*/s/ John G. Helstowski*
John G. Helstowski
Lead Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 13, 2023, a true and correct copy of the foregoing *Joint Stipulation of Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii)* was served pursuant to the Court's ECF Notification system and the Federal Rules of Civil Procedure.

/s/ *John G. Helstowski*
John G. Helstowski
Lead Counsel for Plaintiff