United States District Court
Southern District of Texas

**ENTERED**

March 14, 2023

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **BETH B. CHERAMIE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-cv-00561** |
| | § | |
| **MTGLQ INVESTORS, L.P., AND** | § | |
| **NEWREZ, LLC, f/k/a NEW PENN** | § | |
| **FINANCIAL, LLC, d/b/a SHELLPOINT** | § | |
| **MORTGAGE SERVICING, ITS/THEIR** | § | |
| **SUCCESSORS AND/OR ASSIGNS,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pending before the Court is Joint Stipulation of Dismissal Without Prejudice pursuant to FRCP 41(a)(1)(A)(ii) jointly filed by Plaintiff and the Defendants ("Stipulation")[Dkt. 10]. After reviewing the Stipulation, and all relevant filings, and finding that the parties are in agreement, the Court finds that the Stipulation should be **GRANTED**; and therefore,

**IT IS ORDERED** that by agreement of the parties, the above captioned and numbered civil action is hereby dismissed in its entirety, without prejudice.

**IT IS FURTHER ORDERED** that by agreement of the parties, all court costs and attorney's fees incurred shall be borne by the party incurring same.

**SO ORDERED on March 14, 2023.**

_____
**UNITED STATES DISTRICT JUDGE**